IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PAOLA VALENZUELA,**

   *Plaintiff*,

v.                                                                    Case No.: 4:24cv357-MW/MAF

**UNITED STATES OF AMERICA**
**FEDERAL BUREAU OF PRISONS,**
**et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on April 1, 2025.**

                                                        **s/Mark E. Walker**
                                                        **Chief United States District Judge**